Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*July 22, 2025*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**SHYHEIM T. MANNING,**<br><br>　　　　　　　Defendant. | Case No. __4:25-cr-0392__<br><br>**COUNT ONE**<br>*Conspiracy to Commit Carjacking*<br>18 U.S.C. §§ 371 and 2119(1)<br>NMT 5 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class D Felony<br><br>**COUNTS TWO, FOUR, SIX, & NINE**<br>*Carjacking*<br>18 U.S.C. § 2119(1)<br>NMT 15 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNTS THREE, FIVE, & SEVEN**<br>*Using, Carrying, and Brandishing*<br>*a Firearm During a Crime of Violence*<br>18 U.S.C. § 924(c)(1)(A)(ii)<br>NLT 7 Years' Imprisonment (Consecutive)<br>NMT Life Imprisonment<br>NMT $250,000 Fine<br>NMT 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNTS EIGHT & ELEVEN**<br>*Felon in Possession of*<br>*a Firearm or Ammunition*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>NMT 15 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT TEN**<br>*Using, Carrying, Brandishing, and Discharging*<br>*a Firearm During a Crime of Violence*<br>18 U.S.C. § 924(c)(1)(A)(iii) |

1

NLT 10 Years' Imprisonment (Consecutive)
NMT Life Imprisonment
NMT $250,000 Fine
NMT 5 Years' Supervised Release
Class A Felony

**COUNT TWELVE**
*Possession of a Machinegun*
18 U.S.C. §§ 922(o) and 924(a)(2)
NMT 10 Years' Imprisonment
NMT $250,000 Fine
NMT 3 Years' Supervised Release
Class C Felony

$100 Special Assessment (Each Count)

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Conspiracy to Commit Carjacking*

Beginning on an unknown date, but no later than on or about September 26, 2024, and continuing to at least on or about October 28, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, combined, conspired, confederated, and agreed with others, unknown to the Grand Jury, to knowingly take a motor vehicle which had been transported, shipped, and received in interstate commerce, from the presence of another by force, violence, and by intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

In furtherance of and to affect the objectives of the conspiracy, and to accomplish its purposes and objectives, the defendant committed and caused to be committed the following overt acts, among others, in the Southern District of Texas:

1. On September 26, 2024, **SHYHEIM T. MANNING** exited a white Jeep, approached Victim 1 in a parking lot in Houston, Texas, and pointed a black handgun at Victim 1. Victim 1 was in his 2014 Maserati Ghibli at the time, which Victim 1 exited after **SHYHEIM T. MANNING** pointed the firearm at him.

2. On September 26, 2024, **SHYHEIM T. MANNING** entered Victim 1's vehicle and drove away without Victim 1's consent.

3. On September 26, 2024, after **SHYHEIM T. MANNING** took Victim 1's vehicle, a coconspirator, whose identity is unknown to the Grand Jury, drove the white Jeep **SHYHEIM T. MANNING** exited away from the scene.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
*Carjacking*

On or about September 26, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly take a motor vehicle, that is, a 2014 Maserati Ghibli, which had been transported, shipped, and received in interstate commerce, from the presence of Victim 1, by force, violence and by intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

## COUNT THREE
*Using, Carrying, and Brandishing a
Firearm During a Crime of Violence*

On or about September 26, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the crime of carjacking, as charged in Count Two, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR
*Carjacking*

On or about September 26, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly take a motor vehicle, that is, a 2021 Hyundai Elantra, which had been transported, shipped, and received in interstate commerce, from the presence of Victim 2, by force, violence and by intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

## COUNT FIVE
*Using, Carrying, and Brandishing a*
*Firearm During a Crime of Violence*

On or about September 26, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the crime of carjacking, as charged in Count Four, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SIX
*Carjacking*

On or about October 13, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly take a motor vehicle, that is, a 2011 Infiniti M37, which had been transported, shipped, and received in interstate commerce, from the presence of Victim 3, by force, violence and by intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

## COUNT SEVEN
*Using, Carrying, and Brandishing a*
*Firearm During a Crime of Violence*

On or about October 13, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the crime of carjacking, as charged in Count Six, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT EIGHT
*Felon in Possession of Ammunition*

On or about October 13, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: multiple Winchester brand, nine-millimeter casings, and said ammunition had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINE
*Carjacking*

On or about October 22, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly take a motor vehicle, that is, a 2008 Honda CRV, which had been transported, shipped, and received in interstate commerce, from the presence of Victim 4 and Victim 5, by force, violence and by intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

## COUNT TEN
*Using, Carrying, Brandishing, and Discharging a*

*Firearm During a Crime of Violence*

On or about October 22, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the crime of carjacking, as charged in Count Nine, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT ELEVEN
*Felon in Possession of a Firearm*

On or about October 22, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock brand, 19X model, nine-millimeter handgun bearing serial number BUPV367; and an Aero Precision brand, X15 model, 5.56-caliber pistol bearing serial number X309005, and said firearms had been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWELVE
*Possession of a Machinegun*

On or about October 22, 2024, in the Southern District of Texas, the defendant, **SHYHEIM T. MANNING**, did knowingly possess a machinegun, to wit: a Glock brand, 19X model, nine-millimeter handgun bearing serial number BUPV367, which was equipped with a machinegun conversion device, knowing that the weapon had the characteristics that made it a machinegun, as defined in 26 U.S.C. § 5845(b), in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

|  |  |
|---|---|
|  | **A TRUE BILL.** |
| **NICHOLAS J. GANJEI**<br>United States Attorney | Original Signature on File |
|  | **FOREPERSON OF THE GRAND JURY** |
| **BYRON H. BLACK**<br>Assistant United States Attorney<br>Southern District of Texas | DATED: July 22, 2025<br>Houston, Texas |

7